[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 18, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-14577
Non-Argument Calendar
_____

D. C. Docket No. 02-00834-CV-CG-L

AGF MARINE AVIATION TRANSPORT,

Plaintiff-Appellant,

HAI VAN VO,
KAHN VO,

Intervenor-Plaintiffs-
Appellants,

versus

LAFORCE SHIPYARD, INC.,

Defendant-Intervenor-
Defendant-Cross-
Claimant-Cross-
Defendant-Appellee,

D'S ELECTRICAL CONTRACTING, INC.,

Defendant-Intervenor-
Defendant-Cross-
Defendant-Cross-
Claimant-Appellee,

SCHNEIDER ELECTRIC,

Defendant-Intervenor-
Defendant-Cross-
Defendant,

SQUARE D COMPANY, INC.,

Defendant-Intervenor-
Defendant-Cross-
Claimant-Cross-
Defendant,

S.E.E., INC.,

Defendant-Intervenor-
Defendant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(May 18, 2005)**

Before BIRCH, BARKETT and GODBOLD, Circuit Judges.

PER CURIAM:

This appeal of the district court's August 3, 2004 summary judgment order

is proceeding pursuant to an order of this court entered on December 8, 2004.

The central question in this case is who is responsible for a fire that

destroyed a recently constructed shrimp boat.  We have carefully reviewed the massive briefs in this complex dispute.  We  find no error in the district court's exclusion of untimely expert materials under the Federal Rules of Civil Procedure. Because there is no evidence establishing that the fire is the result of D's Electrical Contracting, Inc.'s negligence, we hold that the district court properly granted summary judgment.

AFFIRMED.